UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Wells Fargo Investments, LLC,

      Plaintiff,                            Civil No. 06-268 (RHK/JJG)

vs.                                **DISQUALIFICATION AND**
                                      **ORDER FOR REASSIGNMENT**

JoLinda Crosby, Andrew Van Oppen,
Susan Seidl, Paul Stansberry,

      Defendants.

      The above-entitled matter has been assigned to the undersigned, a Judge of the above Court. Pursuant to Title 28, United States Code § 455, the undersigned recuses himself from hearing this matter. Accordingly,

      **IT IS HEREBY ORDERED,** that pursuant to this Court's Assignment of Cases Order dated December 9, 2005, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment.

      **IT IS FURTHER ORDERED,** that a copy of this Order shall be filed in the above-captioned case.

Dated: January 19, 2006

                                                   s/Richard H. Kyle
                                                 RICHARD H. KYLE
                                                 United States District Judge

Dockets.Justia.com